UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAWN JOSEPH,<br><br>        Plaintiff,<br><br> -against-<br><br>CLARENCE THOMAS, JOHN G. ROBERTS, ET AL,<br><br>        Defendants. | 24cv7850 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 22, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 26, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               Chief United States District Judge